**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUILLERMO JERONIMO CIPRIANO, ET AL., | : |
| Plaintiffs | : |
| v. | : Civil Case No. 1:15-cv-00314-CRC |
| P&D CONTRACTORS, LLC, ET AL., | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss, without prejudice, the above-captioned matter as to Defendants P&D Contractors, LLC, John Manuel and James Manuel.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      */s/ Mary Craine Lombardo*
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 (fax)
mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4153323_1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of July 2015, a copy of the foregoing was served, via the Court's electronic case filing system, on the following person(s):

>Meredith S. Campbell
>Joy C. Epstein
>Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
>12505 Park Potomac Ave., Sixth Floor
>Potomac, Maryland  20854

                                            /s/ *Mary Craine Lombardo*
                                            Mary Craine Lombardo

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4153323_1