**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUILLERMO JERONIMO CIPRIANO, ET AL., | : |
| Plaintiffs | : |
| v. | : Civil Case No. 1:15-cv-00314-CRC |
| P&D CONTRACTORS, LLC, ET AL., | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss, without prejudice, the above-captioned matter as to Defendant PN Drywall Contractor, LLC.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:  /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 (fax)
mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4322194_1